STATE OF WISCONSIN          CIRCUIT COURT          CALUMET COUNTY

Exhibit 1

## SEARCH WARRANT

TO THE SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER OF SAID COUNTY:

WHEREAS, Investigator John Dedering of the Calumet County Sheriff's Department, being duly sworn, has complained in writing to the said Court, and states on information and belief, that on December 9, 2005, in and upon certain premises at 12932 Avery Road in the Town of Gibson, County of Manitowoc, Wisconsin, occupied by Steven A. Avery, Sr. (DOB: 07/09/1962). The premises is described more specifically as:

A single family trailer, red in color, with white trim around the windows. The trailer has an attached wooden deck and has the number 12932 on the front of the residence next to the front entrance. There is a detached garage next to the residence that is red and blue in color with a single white garage door and a white service door.

There are now located and concealed a certain thing, to-wit:

FILED
CIRCUIT COURT
DEC 1 2 2005
CALUMET COUNTY
BARBARA VANAKKEREN

(1) Wood cabinet/book case – one horizontal and three vertical shelves, approximately and three feet high and 12 to 15 inches deep, approximately 18 inches wide with a reddish brown wood finish last seen in the bedroom of Steven Avery at 12932 Avery Road approximately three feet from the entry door on the left side of the room (see attached photos).

which thing was used in the concealing of, or may constitute evidence of, a crime; to-wit: violations of secs. 940.01, 940.225, 940.30, 940.31 and 943.20, Wis. Stats.

and prays that a Search Warrant be issued to search said premises for said item and seize same.

NOW, THEREFORE, in the name of the State of Wisconsin, you are commanded forthwith to search the said premises for said things, and if the same or any portion thereof are found, to bring the same, and the persons(s) in whose possession the same are found, and return this warrant within forty-eight hours of service, before the said Court, to be dealt with according to law.

Dated this 9th day of December, 2005.

Circuit Court Judge          Judge Thomas Gritton

ENDORSEMENT

Received by me, DECEMBER 9TH, 2005

at 1:36 o'clock P M.